UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FRANCIS ELLIS,

Plaintiff,

vs.                                                                      19-CV-06380-CJS-MJP

UNIVERSITY OF ROCHESTER,

Defendant.

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
TO WITHDRAW AS PLAINTIFF'S ATTORNEY

**PLAINTIFF'S COUNSEL HAS BEEN DISCHARGED BY PLAINTIFF AND THEREFORE SEEKS WITHDRAWAL FROM THE CASE**

Pursuant to the United States District Court for Western New York's Local Rules ("Local Rules) 83.2(c)(3), provide for an attorney to withdraw from representing a client.

The Rules requires that an attorney who seeks to withdraw or be substituted to file a motion which must be served upon the client and counsel of record. *See* Rule 83.2(c)(3). In addition, the Rules allow privileged/confidential information to be to be submitted *in camera* to the Court if necessary, to support the application. *See id.* If the Court takes no action on an unopposed motion for withdrawal with thirty days of its filing the motion will be deemed granted. *See id.*

Here Plaintiff retained Cordello Law PLLC ("Cordello Law") in April 2020. *See* Affirmation of Justin M. Cordello, Esq. sworn to July 14, 2020 ("Cordello Aff.") ¶ 2. Since that time, Cordello Law has worked on this matter as follows: reviewing all pleadings and discovery produced by Defendants and Plaintiff, conducting legal research regarding the claims and defenses asserted, extensive correspondence with Plaintiff and Defendant's counsel and settlement discussion. *See id.* After a thorough review of the allegations, defenses and documentary discovery produced by both parties, Plaintiff's counsel engaged in settlement discussions with Plaintiff's permission. Plaintiff's counsel negotiated hard with Defendant's counsel and the parties made significant movements with respect to their initial demands and counteroffers. Ultimately, the settlement negotiations concluded and the parties were are unable to agree on a mutually acceptable resolution.

Plaintiffs' counsel and Plaintiff could not agree on a case strategy and were unable to reconcile how the case should proceed. *See* Cordello Aff. ¶ 3. This disagreement culminated in Plaintiff deciding to release Plaintiff's counsel as his attorney of record. *See id.* ¶4. Plaintiff

notified Cordello Law that he no longer wished to retain the firm as legal counsel in this matter. *See id.* This decision was made after extensive consultations with Cordello Law regarding the consequences of terminating his relationship with the firm. *See id.*

Cordello Law respectfully requests permission to withdraw as counsel of record for Plaintiff, given Plaintiff stated desire to no longer retain Cordello Law as counsel and the fact that Plaintiff and Plaintiff's Counsel are unable to agree on case strategy and how the case should proceed. *See* Cordello Aff. ¶ 5. Defendant's counsel specifically Marion Blankopf has notified me that Plaintiff's Counsel that Defendant will not oppose this request. *See id.*

If the Court grants permission to withdraw, Cordello Law respectfully request that the Plaintiff be afforded a full and fair opportunity to engage new counsel. Cordello Law will assist to extent practical with transitioning to such new counsel. *See* Cordello Aff. ¶ 6. That being said Plaintiff's stated intention is to proceed on a pro se basis. *See* Cordello Aff. ¶ 6.

For the reasons set forth above, Plaintiff's counsel respectfully requests that the Court enter an order that Cordello Law be allowed to withdraw from the case as Plaintiff's counsel.

Dated:  July 14, 2020

**CORDELLO LAW PLLC**

By:
/s/ Justin M. Cordello
Justin M. Cordello, Esq.
*Attorney for Plaintiff*
95 Allens Creek, Bldg. 2 - Suite 215
Rochester, New York 14618
Telephone: (585) 967-7707
justin@cordellolaw.com

## CERTIFICATE OF SERVICE

I certify that on July 14, 2020, Plaintiffs' Memorandum of Law in Support of the Unopposed Motion to Withdraw As Plaintiff's Counsel, Attorney Affirmation of Justin M. Cordello, Proposed Order were filed electronically using the Court's CM/ECF system and emailed to Plaintiff, which will send electronic notification to all registered users that have filed a notice of appearance in this case in addition

/s/ Justin M. Cordello
Justin M. Cordello